**FILED**
**ASHEVILLE, N.C.**
FEB 22 2019
**U.S. DISTRICT COURT**
**W. DIST. OF N.C.**

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:19 mj 16
)
The premises of 17 Peace Haven Drive, Asheville, NC )
28806, and any vehicles, outbuildings, appurtenances )
and curtilages associated with the property )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western District___ District of ___North Carolina___
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A to Affidavit

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B to Affidavit

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___2/20/2019___
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.  ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___W. Carleton Metcalf___                              .
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **5:45 pm 2/6/19**       _[signature]_
                                                Judge's signature

City and state: ___Asheville, North Carolina___       ___W. Carleton Metcalf, United States Magistrate Judge___
                                                        *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:19mj16 | Date and time warrant executed: 2/6/2019 @ 7:00 P.M. | Copy of warrant and inventory left with: at residence |

Inventory made in the presence of: HSI SA Klarisa Zaftack

Inventory of the property taken and name of any person(s) seized:

- Asus laptop model X5tc SN: C6NOA535013424C
- Asus laptop model Q502L SN: F3N0BC063625107
- Lenovo laptop SN: CB21427946
- Lenovo 500GB External HD SN: S0V472EJ
- Toshiba HD SN: 42RNP1CPTRNZ
- Sandisk 32GB USB 3.0
- Dark Amazon tablet
- Memory RAM 11S112083932Z0MP32K14A
- University of Idaho thumb drive
- Two (2) Hard drives SN: 35E13FWJ SN:35E0YVQL
- Sandisk Cruzer Glide 4GB thumb drive
- Samsung 256GB USB 3.1 thumb drive

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/22/19

Executing officer's signature

Jason Cosby Special Agent
Printed name and title